10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday October 23, 2003

2:00 p.m.

CASE NO.   3-02-cv-1040 McDonald v Sweetman
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Doreen West Amata | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Jon S. Berk | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Melissa B. Geetter | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Philip J. O'Connor | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Norman A. Pattis | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |
| John R. Williams | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/23/03

15 min.