UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM R. McDONALD,<br>on behalf of his minor daughter,<br>ALYSSA McDONALD, | : <br> : CIVIL ACTION NO.<br> : 3:02cv1040 (MRK)<br> :<br> : |
| v. | :<br> : |
| Charles F. Sweetman, Jr.,<br>Eugene M. Horrigan,<br>David J. Telesca ,<br>William Domonell | :<br> :<br> :<br> : |

## JUDGMENT

This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 24, 2004, entered a Ruling on the defendant's Motion for Summary Judgement granting the relief as to all federal claims in the complaint and declining to exercise supplemental jurisdiction over any remaining state law claims.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant's and the case is closed.

Dated at New Haven, Connecticut, this 25th of March, 2004.

KEVIN F. ROWE, CLERK
By
 /s/ Kenneth R. Ghilardi 
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____

1